IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| USA, | ) | Case № 2:20-cr-00238 JAM |
| | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| CHRISTOPHER MARK YOUNG, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

The court appointed the Federal Defender in this case on April 19, 2022. The Federal Defender has determined that a panel attorney should be appointed.  Jennifer Mouzis is appointed represent the above defendant in this case effective *nunc pro tunc*  to April 20, 2022.

This appointment shall remain in effect until further order of this court.

DATED: April 22, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL            1