**JENNIFER MOUZIS**
**Mouzis Criminal Defense**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
CHRISTOPHER YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>**CHRISTOPHER YOUNG,**<br><br>　　　　　　　Defendant. | 2:20-cr-00238-JAM-1<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and defendant, Christopher Young, by and through his counsel, Jennifer Mouzis, **agree and stipulate to vacate the date set for Judgment and Sentencing, May 24, 2022 at 9:30 a.m., in the above-captioned matter, and to continue the Judgment and Sentencing to June 21, 2022 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez.**

The Admit/Deny Hearing re TSR Violation was heard on April 26, 2022. The Court accepted the Defendant's admission and adjudged the Defendant guilty. The matter was referred to U.S. Probation to prepare a Dispositional Memorandum. ECF 35. The Supervised

Release/Dispositional Memorandum was released on May 17, 2022. ECF 36. Defense counsel requests a continuance as she has been very sick and has not had a chance to meet with her client to go over the Dispositional Memorandum. The Government does not object to this continuance.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: May 19, 2022  PHILLIP A. TALBERT
United States Attorney

By: /s/ James R. Conolly
JAMES R. CONOLLY
Assistant United States Attorney

Dated: May 19, 2022  /s/ Jennifer Mouzis
JENNIFER MOUZIS
Attorney for Defendant
CHRISTOPHER YOUNG

**ORDER**

IT IS SO ORDERED.

Dated: May 20, 2022  /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Stipulation and Order to Continue Judgement and Sentencing