**JENNIFER MOUZIS**
**Mouzis Criminal Defense**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
CHRISTOPHER YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>CHRISTOPHER YOUNG, )<br>)<br>Defendant. )<br>_____ ) | 2:20-cr-00238-JAM-1<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and defendant, Christopher Young, by and through his counsel, Jennifer Mouzis, **agree and stipulate to vacate the date set for Judgment and Sentencing on the TSR Violation , June 21, 2022 at 9:30 a.m., in the above-captioned matter, and to continue the Judgment and Sentencing to August 9, 2022 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez.**

The Admit/Deny Hearing re TSR Violation was heard on April 26, 2022.  The Court accepted the Defendant's admission and adjudged the Defendant guilty.  The matter was referred to U.S. Probation to prepare a Dispositional Memorandum.  ECF 35.  The Supervised

Release/Dispositional Memorandum was released on May 17, 2022.  ECF 36. Defense counsel requests a continuance to conduct more investigation related to the Dispositional Memorandum. Probation does not object to this continuance.

  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.


Dated: June 16, 2022          PHILLIP A. TALBERT
                United States Attorney

             By:  /s/ James R. Conolly
                JAMES R. CONOLLY
                Assistant United States Attorney

Dated: June 16, 2022           /s/ Jennifer Mouzis
                JENNIFER MOUZIS
                Attorney for Defendant
                CHRISTOPHER YOUNG


**ORDER**

IT IS SO ORDERED.


Dated:  June 17, 2022          /s/ John A. Mendez
                THE HONORABLE JOHN A. MENDEZ
                UNITED STATES DISTRICT COURT JUDGE