JENNIFER MOUZIS
**Mouzis Criminal Defense**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
CHRISTOPHER YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER YOUNG, <br><br> Defendant. | 2:20-cr-00238-JAM-1 <br><br> **AMENDED STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and defendant, Christopher Young, by and through his counsel, Jennifer Mouzis, **agree and stipulate to vacate the date set for Judgment and Sentencing on the TSR Violation , August 9, 2022 at 9:30 a.m., in the above-captioned matter, and to continue the Judgment and Sentencing to September 27, 2022 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez.**

The Admit/Deny Hearing re TSR Violation was heard on April 26, 2022.  The Court accepted the Defendant's admission and adjudged the Defendant guilty.  The matter was referred to U.S. Probation to prepare a Dispositional Memorandum.  ECF 35.  The Supervised

Release/Dispositional Memorandum was released on May 17, 2022.  ECF 36. Defense counsel requests a continuance to conduct more investigation related to the Dispositional Memorandum. Probation does not object to this continuance.

      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.


Dated: August 8, 2022                         PHILLIP A. TALBERT
                                       United States Attorney

                               By:   /s/ James R. Conolly
                                         JAMES R. CONOLLY
                                         Assistant United States Attorney

Dated: August 8, 2022                         /s/ Jennifer Mouzis
                                       JENNIFER MOUZIS
                                       Attorney for Defendant
                                       CHRISTOPHER YOUNG


**ORDER**

IT IS SO ORDERED.


DATED:                                          /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          SENIOR UNITED STATES DISTRICT JUDGE